# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIK DOUGLAS WARD,
                Appellant,
vs.
SVETLANA RITZA VILLAFLOR,
                Respondent.

No. 81234

ERIK DOUGLAS WARD,
                Appellant,
vs.
SVETLANA RITZA VILLAFLOR,
                Respondent.

No. 81235

**FILED**

JUL 06 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals in a child custody matter from an order denying a motion to set aside the judgment. These appeals are both from the same order that is currently on appeal in Docket No. 81210. Because the appeals are from the same order as the appeal proceeding in Docket No. 81210, these appeals are dismissed.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:   Hon. Charles J. Hoskin, District Judge, Family Court Division
      Erik Douglas Ward
      Svetlana Ritza Villaflor
      Eighth District Court Clerk

20-24808